IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jane Hirschhorn,<br>    Plaintiff<br><br>v.<br><br>Church & Dwight Co., Inc.,<br>    Defendant | No. 2:10-cv-1156-JF |

### STIPULATED EXTENSION OF TIME TO RESPOND TO COMPLAINT

It is hereby stipulated by and between counsel for the parties that defendant Church & Dwight Co., Inc. shall have until May 24, 2010, to answer, move or otherwise plead to plaintiff's Complaint.

_____
Aaron J. Freiwald
Pennsylvania bar ID no. 78028
Layser & Freiwald, P.C.
1500 Walnut Street, 18th Floor
Philadelphia, PA 19102
215) 875-8000
*Attorney for Plaintiff*

Fred T. Magazine / RWA
_____
Fred T. Magazinek
Pennsylvania bar ID no. 23332
Dechert LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104-2808
(215) 994-4000
*Attorney for Defendant*


SO ORDERED this 13th day of April 2010:

_____
Fullam,           Sr. J.