IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE HIRSCHHORN,  Plaintiff | )  )  ) |
| v. | )  ) No. 2:10-cv-1156-JF |
| CHURCH & DWIGHT CO., INC.,  Defendant | )  )  )  ) |

## [PROPOSED] ORDER

Upon consideration of Defendant Church & Dwight Co. Inc.'s Motion for a Stay Pending the Federal Circuit's Decision on the Issue of Subject Matter Jurisdiction and any response thereto, it is hereby ORDERED that Defendant Church & Dwight Co., Inc.'s Motion is GRANTED. All pretrial proceedings are hereby STAYED pending the Federal Circuit's decision on the issue of subject matter jurisdiction in *Stauffer v. Brooks Brothers*, Fed. Cir. nos. 2009-1428, -1430.

5-17-10

FULLAM, J.