IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JANE HIRSCHHORN | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| CHURCH & DWIGHT CO., INC. | : | NO. 10-cv-1156-JF |

ORDER

AND NOW, this 6th day of April 2011, upon consideration of Defendant's Motion to Dismiss (Document No. 21), and Plantiff's response thereto, and after oral argument, IT IS ORDERED:

1. That Defendant's Motion is GRANTED. Plaintiff's complaint is DISMISSED WITH PREJUDICE. The Clerk is directed to mark the case-file CLOSED.

2. That Defendant's motion to consolidate (Document No. 15) is DISMISSED AS MOOT.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.